IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY SCOTT GOODYEAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV466 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS SCHWARTEN, Lt. Colonel, and PETE RICKETTS, Governor, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion to proceed in forma pauperis. (Filing No. 5.) However, his request does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $400.00 fees to the clerk's office or submit a revised request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: February 2, 2018: Check for MIFP or payment.

DATED this 3rd day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge