IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY SCOTT GOODYEAR, | ) | 8:17CV466 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| THOMAS SCHWARTEN, Lt. Colonel (Nebraska State Troopers), and PETE RICKETTS, Governor, | ) ) ) | |
| Defendants. | ) | |

On February 8, 2018, the court entered an order requiring Plaintiff to pay the $400.00 filing and administrative fees by March 12, 2018, and advised Plaintiff that in the absence of payment or a showing of good cause, the case would be dismissed without further notice. To date, Plaintiff has not paid the initial partial filing fee or made a good cause showing.

Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 30th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge